FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 02, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WELLS FARGO INSURANCE SERVICES USA INC., a foreign corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JOSHUA R. TYNDELL; WILLIAM G. DINEEN; H. KEITH MCNALLY; THOMAS F. BLUE; ERIN L. REPP and BJ-JET GROUP LLC, a Washington LLC,<br><br>    Defendants. | No.   2:16-CV-0089-SMJ<br><br>**ORDER GRANTING THE PARTIES' JOINT MOTION FOR PROTECTIVE ORDER** |

Before the Court, without oral argument, is the parties' Joint Motion for Protective Order, **ECF No. 23.** The Court having reviewed the files and records herein and being fully advised hereby **grants** the parties' Joint Motion for Protective Order, **ECF No. 23.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and

///

///

///

ORDER **-** 1

provide copies to all counsel.

**DATED** this 2nd day of August 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge