UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WELLS FARGO INSURANCE SERVICES USA, INC, a foreign corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA R. TYNDELL; WILLIAM G. DINEEN; H. KEITH MCNALLY; THOMAS F. BLUE; ERIN L. REPP; and BK-JET GROUP, LLC, a Washington LLC,<br><br>　　　　　Defendants. | No.　2:16-CV-00089-SMJ<br><br>**ORDER DISMISSING CASE** |

On August 29, 2017, the parties filed a stipulated dismissal, ECF No. 87. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

　　**1.**　The parties' Stipulation for Dismissal of Action, **ECF No. 87**, is **GRANTED.**

　　**2.**　All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

　　**3.**　All pending motions are **DENIED AS MOOT.**

ORDER **-** 1

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 30th day of August 2017.

*[signature]*

SALVADOR MENDOZA, JR.
United States District Judge